UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  EP:12-CR-00849(4)-FM |
| (4) Mario Nunez-Meza | § § | |

### ORDER RESETTING DOCKET CALL

The above-captioned case is currently set for docket call on Friday, May 8, 2020.  The Center for Disease Control guidelines require individuals to take specific actions in response to the declared national health emergency regarding COVID-19.  These directives decrease the availability of attorneys and court staff to be present in courtrooms.  As such, docket call will be postponed until Friday, June 5, 2020.  The court finds that it is in the interest of justice to exclude the time period of the continuances implemented by this Order under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) due to the multiple concerns to both public health and fair judicial administration.

Accordingly, it is **HEREBY ORDERED** that that the above entitled and numbered case is reset for **DOCKET CALL** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Friday, June 5, 2020 at 09:30 AM**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to counsel for the defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.

IT IS SO ORDERED this 4th day of May, 2020.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE