UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-00849(4)-FM |
| | § | |
| (4) Mario Nunez-Meza | § | |

## ORDER RESETTING SENTENCING (ZOOM)

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING (ZOOM)** in Courtroom 421, on the 4th floor of the Albert Armendariz, Sr., United States Courthouse, 525 Magoffin, El Paso, Texas, on **Wednesday, December 01, 2021 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE